UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JACK L. PAPANDREOU,                                        Civil No. 10-1992 (JRT/AJB)

            Petitioner,

v.                                                         **ORDER ADOPTING REPORT
                                                                   AND RECOMMENDATION**

WARDEN SCOTT P. FISHER,

            Respondent.

---

Jack L. Papandreou, #06685-089, Box 33, Terre Haute, IN 47808, pro se petitioner.

Gregory Brooker, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated September 13, 2011. Based upon the Report and Recommendation of the Magistrate Judge [Docket No. 14], and all of the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that petitioner Jack L. Papandreou's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is **denied** [Docket No. 1] and this action is **dismissed** with prejudice. Petitioner's request for an evidentiary hearing is **denied**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 11, 2011                              s/ John R. Tunheim
at Minneapolis, Minnesota                            JOHN R. TUNHEIM
                                                                    United States District Judge